UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALFRED ADJAYE, et al., <br><br> Plaintiffs <br><br> v. <br><br> WALGREEN CO., d/b/a WALGREENS, <br><br> Defendant. | Case No. 1:14-cv-03127-MHC |

## STIPULATION OF DISMISSAL

Having reached a settlement in the above-styled action, the Parties hereby dismiss this action, each Plaintiff, and each Plaintiff's claims with prejudice. Any Plaintiff who has not signed and submitted the necessary settlement paperwork to Defendant shall have sixty (60) days from the filing of this Stipulation to do so.

Respectfully submitted this 26th day of June, 2015.

For Plaintiffs:

By  *s/ James E. Rollins, Jr.*
   James E. Rollins, Jr.
   Georgia Bar No. 613825
   Debra Schwartz
   Georgia Bar No. 631035
   SCHWARTZ ROLLINS, LLC
   945 E. Paces Ferry Road,
   Suite 2270

For Defendant:

By  *s/ Brett C. Bartlett*
   Brett C. Bartlett
   Georgia Bar No. 040510
   bbartlett@seyfarth.com
   Louisa J. Johnson
   Georgia Bar No. 391805
   lojohnson@seyfarth.com

Atlanta, GA  30326
(404) 844-4130 (telephone)
(404) 844-4135 (facsimile)

SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3962
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

2